# United States District Court
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| RONALD G. ROSSETTI § | |
| § | |
| V. § | CASE NO. 4:04CV358 |
| § | (Judge Schneider/Judge Bush) |
| AVIS RENT-A-CAR SYSTEM, INC., ET AL. § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On June 23, 2005, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendation that Defendant Enterprise Rent-A-Car Company's Amended Motion to Dismiss should be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that Defendant Enterprise Rent-A-Car Company's Amended Motion to Dismiss is DENIED.

**SIGNED** this 15th day of July, 2005.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE